**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| LIZA EDMOND, on Behalf of M.B. and X.B. | CIVIL ACTION NO. 16-0045 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LAFAYETTE CONSOLIDATED GOVERNMENT, ET AL. | MAGISTRATE JUDGE HANNA |

**ORDER**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation.  After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the Defendants' Motion to Dismiss (Record Document 23) is **DENIED**.

**THUS DONE ANS SIGNED** at Shreveport, Louisiana, this 15th day of August, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE